Merrimack,
No. 4694.

STATE *v.* GEORGE F. BROWN.

Argued October 7, 1958.

Decided November 5, 1958.

*Louis C. Wyman,* Attorney General, *John J. Zimmerman,* Assistant Attorney General, and *Dort S. Bigg,* Law Assistant (*Mr. Bigg* orally), for the State.

*Green, Green, Romprey & Sullivan* and *James A. Manning* (*Mr. Manning* orally), for the defendant.

Wheeler, J. RSA 70:6 (supp.) provides that a candidate for Representative in Congress shall file a statement of receipts and expenditures covering the period of his candidacy, not later than the Wednesday preceding the primary before the close of the business day. See RSA 70:5 (supp.). In this case that was September 5, 1956. The statute requires that such statement be filed even though the candidate has had no receipts or expenditures. A filing on September 7, 1956, was not compliance with the statute. *State* v. *Sullivan,* 101 N. H. 429.

*Motion denied.*

All concurred.